UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Luis Miguel Laurencio                                  Case No.: 25-16248-CLC
                                                                 Chapter 13

_____Debtor_____/

# RENEWED OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant / Creditor | Amount of Claim |
|---|---|---|
| 3 | American Honda Finance | $34,995.31 |

Basis for Objection and Recommended Disposition

On or about June 10, 2025, Creditor filed a secured proof of claim for a leased vehicle 2025 Honda CR-V /  account ending in 1286. This should have been filed as a general unsecured claim since this is for a leased car. The Debtor is assuming and paying this claim directly and outside the chapter 13 plan. The Debtor requests that this claim be reclassified and allowed to be wholly unsecured, yet with no distribution from the chapter 13 Trustee.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Respectfully submitted:            **Jose A. Blanco, P.A.**
November 11, 2025                  By: */s/ Jose A. Blanco* | FBN: 062449
                                   Attorney for Debtor(s)
                                   102 E 49th ST
                                   Hialeah, FL 33013,
                                   Tel. (305) 349-3463
                                   E-mail: jose@blancopa.com

LF-70 (rev. 12/01/09)